IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY SCOTT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | NO. 04-4157 |
| Commissioner of | : | |
| Social Security Administration | : | |

# O R D E R

AND NOW, this      day of                , 2005, upon consideration of plaintiff's motion for summary judgment and defendant's motion for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's motion for summary judgment is DENIED;

3. The defendant's motion for summary judgment is GRANTED; and

4. Judgment is entered in favor of the defendant and against the plaintiff.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.